# United States District Court
## EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 15 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**UNITED STATES OF AMERICA**

V.

**KENNETH JOHN FREEMAN**

**CRIMINAL COMPLAINT**

CASE NUMBER: *MJ·06-307*

(Name & Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT 1

During the time between on or about May, 2000, through on or about January, 2001, the exact date being unknown, in the District of  Eastern District of Washington, the defendant, KENNETH JOHN FREEMAN,  did use a person under the age of eighteen, to wit: a female minor K.F.,  to engage in sexually explicit conduct, specifically, the minor child masturbating an adult male and the lascivious exhibition of the genitals and the pubic area of said minor for the purpose of producing visual depictions of such sexual conduct, specifically, digital images, such visual depictions having actually been transported in interstate and foriegn commerce by computer from the state of Washington to Canada, and which were produced using materials tha were mailed, shipped, and transported in interstate and foreign commerce,  all in violation of Title 18, United States Code, Sections 2251(a) and 2.

**SEE ATTACHMENT TO CRIMINAL COMPLAINT ATTACHED HERETO AND INCORPORATED HEREIN BY THIS REFERENCE.**

I further state that I am a Special Agent and that this complaint is based on the following facts:

Continued on the attached sheet incorporated herein by this reference.    ☒ Yes  ☐ No

Signature of Complainant Sara C. Bay
Special Agent, BICE

Sworn to before me, and subscribed in my presence
December 14, 2006

Date        15 *(illegible)*

CYNTHIA IMBROGNO
United States Magistrate Judge
Name and Title of Judicial Officer

at  Spokane, Washington
City and State

Signature of Judicial Officer

P61214DD.REF.wpd

## ATTACHMENT TO CRIMINAL COMPLAINT OF
## KENNETH JOHN FREEMAN

### COUNT 2

On or about January 17, 2006, in the Eastern District of Washington, and elsewhere, digital images depicting child pornography, that is, digital images, computer images and computer-generated images that are, and are indistinguishable from, those of a minor engaging in sexually explicit conduct, were transported and shipped in interstate commerce by means of a computer from the state of Virginia to Puyallup, Washingon, by transmission over the internet, and which were produced using materials which have been mailed, shipped, and transported in interestate and foreign commerce, and the defendant, KENNETH JOHN FREEMAN, did knowingly and intentionally aid and abet said transmission, all in violation of Title 18, United States Code, Section 2252 a)(1) and 2.