James A. McDevitt
United States Attorney
Eastern District of Washington
Robert A. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 15 2006

JAMES R. LARSEN, CLERK
————————————DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )      MJ-06-307
         vs.                    )
                                )      Motion To Seal Affidavit For
KENNETH JOHN FREEMAN,           )      Complaint
                                )
              Defendant.        )
                                )

        Plaintiff, United States of America, by and through James A. McDevitt,

United States Attorney for the Eastern District of Washington, and Robert A. Ellis,

Assistant United States Attorney for the Eastern District of Washington, moves

the court for an order sealing Affidavit for Complaint on the grounds that

disclosure at this time may hinder the on-going investigation by ICE.

        DATED December 15, 2006.

                                James A. McDevitt
                                United States Attorney


                                Robert A. Ellis
                                Assistant United States Attorney

Motion To Seal Affidavit For Complaint - 1
P61215JM.REA.wpd